Case 5:14-cr-40066-DDC Document 153 Filed 09/29/15 Page 2 of 6

AO 245B (Rev. 09/11 - D/KS 08/12) Judgment in a Criminal Case
Sheet 2 – Imprisonment



Judgment – Page

FILED
MAR -8 2016
Clerk, U.S. District Court
By:_____Deputy Clerk

DEFENDANT: John Sullivan Ralph III
CASE NUMBER: 5:14CR40066 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:

If eligible, the Court recommends designation as close to the defendant's home as possible, to facilitate continued contact with family members.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ vs on  2-16-16  to  FPC Yankton
at  Yankton, SD , with a certified copy of this judgment.

G. Kizziah, Warden
FPC Yankton

UNITED STATES MARSHAL

S. Raabe, CSO
FPC Yankton
By _____
Deputy U.S. Marshal