Case 5:14-cr-40066-DDC   Document 185   Filed 12/22/15   Page 2 of 6

AO 245C     (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case
            Sheet 2 – Imprisonment

**FILED**

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 6

DEFENDANT:     John Sullivan Ralph III
CASE NUMBER:   5:14CR40066 - 001

## IMPRISONMENT

**MAR -8 2016**

Clerk, U.S. District Court

By:_____Deputy Clerk

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months.

☒     The Court makes the following recommendations to the Bureau of Prisons:

If eligible, the Court recommends designation as close to the defendant's home as possible, to facilitate continued contact with family members.

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☒     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on ___2-16-16___ to ___FPC Yankton___

at ___Yankton, SD___, with a certified copy of this judgment.

**G. Kizziah, Warden**
**FPC Yankton**

UNITED STATES MARSHAL

**S. Raabe, CSO**
**FPC Yankton**

By _____

Deputy U.S. Marshal