AO 245C   (Rev. 09/11 - D/KS 08/12) Second Amended Judgment in a Criminal Case*   (NOTE: Identify Changes with Asterisks (*))
Sheet 2 – Imprisonment



FILED
MAR -8 2016
Clerk, U.S. District Court
By _____ Deputy Clerk

DEFENDANT: John Sullivan Ralph III
CASE NUMBER: 5:14CR40066 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:

If eligible, the Court recommends designation as close to the defendant's home as possible, to facilitate continued contact with family members.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   2-16-16   to   FPC Yankton
at   Yankton, SD   , with a certified copy of this judgment.

G. Kizziah, Warden
FPC Yankton
_____
UNITED STATES MARSHAL

S. Raabe, CSO
FPC Yankton
By _____
Deputy U.S. Marshal